UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jurgita Paulauskas | ) | BK No.: 18-08572 |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |
| Mariya Mandra | ) | Adv. No.: 19-00126 |
| 777 Transport, Inc. | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| Jurgita Paulauskas | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## ORDER GRANTING MOTION TO FILE ANSWER INSTANTER

This matter came before the court on May 3, 2019, on the defendant's unopposed motion for leave to file answer to complaint instanter,

IT IS HEREBY ORDERED:

Defendant's motion for leave to file answer instanter is granted.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: May 03, 2019