UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | June 14, 2019 |
| **Bankruptcy Case** | 18 B 08572 | **Adversary No.** | 19 A 00126 |
| **Title of Case** | Mariya Mandra and 777 Transport, Inc. v. Jurgita Paulauskas | | |

**Brief Statement of Motion**: Adversary Complaint

Re: docket No. 1

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

This matter came before the court for a status hearing on June 14, 2019. Counsel for plaintiffs did not appear at the hearing.

If counsel for the plaintiffs does not appear at the next status hearing, this adversary proceeding will be dismissed for want of prosecution.

Status hearing on this matter is set for June 28, 2019, at 12:00 p.m. at the Park City Branch Court, Park City, Illinois.

*[signature]*