# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 18-08572 |
| JURGITA PAULAUSKAS | ) | Honorable A. Benjamin Goldgar |
| *fka* JURGITA SRIUBENAITE; | ) | |
| Debtor. | ) | |
| | ) | |
| MARIYA MANDRA, individually and behalf of 777 TRANSPORT, INC., | ) | |
| | ) | Adversary Proceeding |
| Plaintiffs | ) | Case No. 19-00126 |
| vs. | ) | |
| JURGITA PAULAUSKAS *fka* JURGITA SRIUBENAITE | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: See attached service list

    PLEASE TAKE NOTICE that on June 28, 2019 at 12:00 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar or any judge sitting in his stead, in the courtroom usually occupied by him at Park City Branch Court, Courtroom B, 301 Greenleaf Avenue, Park City, Illinois, and move to present the attached motion.

                                  MARIYA MANDRA

                                  By: <u>Patrick D. Austermuehle</u>

## CERTIFICATE OF SERVICE

I, Patrick Austermuehle, an attorney, certify that on June 27, 2019, a copy of the foregoing Notice of Motion was filed through the Court's CM/ECF system, which effected service on all counsel of record, and that I further effectuated service via email:

Patrick S. Layng
OFFICE OF THE U.S. TRUSTEE
219 S Dearborn St - Room 873
Chicago, IL 60604
312-886-5785
*U.S. Trustee*

Ilene F Goldstein, ESQ
Law Offices of Ilene F. Goldstein
900 Skokie Blvd
Ste 128
Northbrook, IL 60062
847-562-9595
*Chapter 7 Trustee*

Alexey Y. Kaplan
Kaplan Law Offices, PC
3400 Dundee Road, Ste. 150
Suite 310
Northbrook, IL 60062
847-509-9800
alex@alexkaplanlegal.com
*Counsel for Debtor*

Ilia Usharovich
224 S. Milwaukee Avenue Suite G
Wheeling, Illinois 60090
(847)-264-0435
ilia@usharolaw.com
*Counsel for Adversary Defendant*

Tami J. Diamond
Kurt E. Vragel, Jr., P.C.
1701 E. Lake Ave. #170
Glenview, Illinois 60025
(847) 657-8551
tami@kevtrucks.com
*Proposed Substitute Counsel*

Mariya Mandra
c/o Edvardas Savickis
8113 Marion Drive – Apt. 1W
Justice, IL 60458
edvardas.savickis@gmail.com
*Adversary Plaintiff*

/s/ Patrick D. Austermuehle