# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| JURGITA PAULAUSKAS | Case No. 18-08572 |
| *fka* JURGITA SRIUBENAITE; | Honorable A. Benjamin Goldgar |
| Debtor. | |
| MARIYA MANDRA, individually and behalf of 777 TRANSPORT, INC., | |
| Plaintiffs | Adversary Proceeding Case No. 19-00126 |
| vs. | |
| JURGITA PAULAUSKAS *fka* JURGITA SRIUBENAITE | |
| Defendant. | |

## ORDER

THIS MATTER, coming to be heard on Interested Party/Adversary Plaintiff Mariya Mandra's Motion for Leave to Substitute Counsel, the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. Mariya Mandra's Motion for Leave to Substitute Counsel is granted;

2. Tami J. Diamond is granted leave to file her appearance on behalf of Interested Party/Adversary Plaintiff Mariya Mandra, *instanter*;

3. Patrick D. Austermuehle is gratned leave to withdraw his appearance on behalf of Interested Party/Adversary Plaintiff Mariya Mandra.

DATED: **2 8 JUN 2019**

ENTERED:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge