UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE JURGITA PAULAUSKAS | Chapter 7 |
| | 18-0857 |
| MARIYA A MANDRA, individually and on behalf of 777 TRANSPORT, INC Plaintiffs | Adversary: 19AP126 |
| vs. | |
| JURGITA PAULAUSKAS | |

ORDER GRANTING MOTION TO EXTEND DISCOVERY

The Defendant's motion for an extension of discovery is granted. Discovery is extended until 1/18/2020.

NOV 18 2019

ENTER