UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JURGITA PAULAUSKAS, | ) | No. 18 B 8572 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| MARIYA MANDRA, individually and derivatively on behalf of 777 TRANSPORT, INC., | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 A 126 |
| | ) | |
| JURGITA PAULAUSKAS, | ) | |
| | ) | |
| Defendant. | ) | Judge Goldgar |

## ORDER REQUIRING PLAINTIFF TO APPEAR

This matter came before the court in accordance with an order entered on November 18, 2019. That order granted counsel's motion to withdraw their appearances for the plaintiff. It also required the plaintiff either to obtain new counsel within 28 days (by December 16, 2019) or to appear in person at the next scheduled status hearing on January 14, 2020.

No new counsel has come into the proceeding for the plaintiff, and she failed to appear on January 14. Accordingly, IT IS HEREBY ORDERED:

This matter is continued to February 19, 2020, for a further status hearing. Plaintiff Mariya Mandra must either have obtained new counsel by that date, or she must appear in person on February 19. **If Mandra fails to obtain new counsel or appear, this proceeding will be dismissed for want of prosecution.** A copy of this order will be sent to Mandra at her last

known address by regular mail.

Dated: January 15, 2020

                                        _____
                                        A. Benjamin Goldgar
                                        United States Bankruptcy Judge